IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HARRIS<br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.; DOES 1 through 10, inclusive<br><br>    Defendants. | CIVIL ACTION NO: 2:21-cv-03006 |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S AMENDED MOTION TO COMPEL ARBITRATION AND FOR STAY

Plaintiff, Richard Harris ("Plaintiff"), by and through his undersigned counsel, hereby files this Response in Opposition to the Amended Motion to Compel Arbitration (the "Motion") filed by Defendant, T-Mobile USA, Inc. ("Defendant") at Docket No. 15 in the above captioned action. Defendant's Motion should be denied for the reasons set forth in the attached Memorandum of law, incorporated herein by reference pursuant to Fed. R. Civ. P. 10(c).

**WHEREFORE**, Plaintiff for good cause shown, respectfully requests that this Court deny the Motion to Compel Arbitration, and rule against Defendant and in Plaintiff's favor, in the form of order submitted herewith.

Respectfully submitted,

Date: January 21, 2022

Kent Petry, Esq. (PA Attorney ID #207659)
LAW OFFICES OF KENT PETRY
PO Box 3387
Warminster, PA 18974
Tel: 215-322-1084
*Counsel for Plaintiff*

1