UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HARRIS, </br></br>                  Plaintiff, </br></br>     v. </br></br>T-MOBILE USA, INC.; DOES 1 through 10, inclusive, </br></br>                  Defendant(s). | Case No. 2:21-cv-03006 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ROSE S. MCCARTY

Pursuant to Local Rule of Civil Procedure 83.5.2(b), Geoffrey Brounell, counsel for Defendant T-Mobile USA, Inc., respectfully moves this Court for the admission *pro hac vice* of Rose S. McCarty, Esq., on behalf of the Corporate Defendants, and in support thereof states the following:

    1.    This matter was commenced by the filing of a complaint.

    2.    Geoffrey Brounell is a member in good standing of the bar of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania, has entered his appearance as counsel of record for Defendant, T-Mobile USA, Inc. in this matter.

    3.    Rose S. McCarty is a member in good standing of the bar of the State of Washington.

    4.    T-Mobile USA, Inc. has expressed desire to have Ms. McCarty represent them as counsel of record in this matter, as she has experience representing other defendants in similar

actions in United States district courts, and her admission to practice *pro hac vice* in this matter would allow for the case to progress in an efficient manner.

5. Counsel for Plaintiff has been contacted regarding his position, and he does not oppose this Motion.

6. As directed by this Court, Ms. McCarty's affidavit is attached hereto at Exhibit A.

WHEREFORE, the undersigned respectfully requests that this Court enter an order, in the form attached hereto, admitting Rose S. McCarty, *pro hac vice*, to appear before the Court and participate in this action on behalf of Corporate Defendant T-Mobile USA, Inc.

Dated: New York, New York

February 8, 2022

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: *s/ Geoffrey Brounell*
    Geoffrey Brounell

1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
geoffreybrounell@dwt.com
*Attorneys for Defendant*
*T-Mobile USA, Inc.*

## **CERTIFICATE OF COUNSEL**

I certify that Plaintiff's counsel has stated that this Motion is uncontested.

*s/ Geoffrey Brounell*
Geoffrey Brounell

## **CERTIFICATE OF SERVICE**

I certify that on February 8, 2022, I caused a copy of the foregoing document to be served via the Court's ECF system upon:

Kent Petry, Esq.
Law Offices of Kent Petry
PO Box 3387
Warminster, PA 18974
*Counsel for Plaintiff*

        *s/ Geoffrey Brounell*
        Geoffrey Brounell

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HARRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>T-MOBILE USA, INC.; DOES 1 )<br>through 10, inclusive. )<br>)<br>Defendants. )<br>)<br>) | Case No. 21-cv-00434-KSM |

**AFFIDAVIT OF ROSE S. MCCARTY
IN SUPPORT OF ADMISSION *PRO HAC VICE***

I, Rose S. McCarty, being duly sworn, depose and say as follows:

1. I am an active member in good standing of: the Washington State bar, admitted 10/22/2018; WSBA# 54282.

2. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar of which I have been a member, nor am I not subject to any disciplinary proceedings at this time.

3. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and will comply with and be bound by both sets of Rules for the duration of the above-captioned matter.

4. If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for my admission of the current status of the case for which *pro hac vice* status has been granted and of all material development therein.

_____
Rose S. McCarty

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
(206) 757-8193 Phone
(206) 757-7193 Fax
rosemccarty@dwt.com

Sworn to before me this 7th day of February 2022

Notary Public, State of Washington

_____
Commission Expires  4-8-22

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HARRIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC.; DOES 1 through 10, inclusive.<br><br>　　　　　　Defendants. | Case No. 21-cv-00434-KSM |

## ORDER

AND NOW, this ____ day of _____, 2022, upon consideration of the Motion for Admission *Pro Hac Vice* of Rose S. McCarty, it is hereby ORDERED, that the motion is GRANTED, and Rose S. McCarty is admitted *pro hac vice* to appear before this Court and participate in this action on behalf of T-Mobile USA, Inc.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　_____, J.