UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC.; DOES 1 through 10, inclusive. <br><br> Defendants. | Case No. 21-cv-3006-AB |

## **ORDER**

AND NOW, this 8th day of February 2022, upon consideration of the Motion for Admission *Pro Hac Vice* of Rose S. McCarty, it is hereby ORDERED, that the motion is GRANTED, and Rose S. McCarty is admitted *pro hac vice* to appear before this Court and participate in this action on behalf of T-Mobile USA, Inc.

BY THE COURT:

s/ANITA B. BRODY, J.
ANITA B. BRODY, J.