IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HARRIS,<br>       Plaintiff<br><br>v.<br><br>T-MOBILE USA, INC.<br>            Defendant. | CIVIL ACTION NO. 2:21-cv-03006 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff dismisses the action with prejudice.

Respectfully Submitted,

**LAW OFFICES OF KENT PETRY**

      /s/ Kent Petry
Kent Petry (PA Attorney I.D. No. 207659)
PO Box 3387
Warminster, PA 18974
(215) 322-1084

*Attorney for Plaintiff*

Dated: September 1, 2022

1